IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-01336-JLK**

**AMBER DAY,**

    Plaintiff,

v.

**BUDGET CONTROL SERVICES, INC., and
DOES 1-10 inclusive,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation to Dismiss Case With Prejudice (doc. #17), filed October 31, 2011, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and fees.

Dated this 1st day of November, 2011.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT